John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:09 MJ 250 DAD
         Plaintiff, )
  v. ) ORDER TO
          ) CONTINUE PRELIMINARY HEARING
Sanae Quiroz-Jones, )
         Defendant. )
_____

GOOD CAUSE APPEARING, it is hereby ordered that the January 11, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to February 8, 2012 at 2:00 p.m. I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to December 11, 2012.

IT IS SO ORDERED.

Dated: January 9, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE