John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:09 MJ 250 DAD |
| v. | ) |
| | ) |
| | ) |
| | ) STIPULATION AND ORDER |
| SANAE QUIROZ-JONES, | ) CONTINUING PRELIMINARY HEARING |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for February 8, 2012, to March 15, 2012, at 2:00 p.m.  The parties are working toward reaching a pre-indictment resolution of the pending charges and the government has provided a Plea Agreement to defense counsel.

1

On July 27, 2011, the Parties met in front of the Honorable Gregory G. Hollows. Judge Hollows expressed concern over the lengthy pendency and status of this matter. The Parties provided Judge Hollows with the facts and circumstances contributing to the lengthy pendency. The Parties also articulated the need and justification for an additional continuance. Judge Hollows agreed to continue the matter to September 23, 2011.

On, or about, September 23, 2011, on behalf of Ms. Jones,(and with the consent of the United States) Defense Counsel filed a Stipulation requesting the Court date be moved from September 23, 2011 to October 12, 2011. The request was due to the fact that Ms. Jones lives out of the area and suffers from significant health problems (liver disease, diabetes, fibromyalgia, and a myriad of other medical problems). Ms. Jones is unable to drive and must rely on others for transportation. Defense counsel attempted to discuss the settlement proposal with Ms. Jones over the phone. However, given Ms. Jones significant health issues and the effect of the medically necessary prescription medication Ms. Jones must take, Counsel for the Defense believes a phone conference is an inadequate and ineffective means of communicating with the Defendant. The Court (again, Hon. Gregory G. Hollows) graciously agreed to continue the matter to October 12, 2011.

Sadly, on October 3, 2011, Counsel for the Defense learned Ms. Jones had fallen a few days earlier and struck her head, causing a laceration to her face requiring stitches. Ms. Jones also broke her arm as a result of the fall. As a result, the Defense requested and the Government and Court agreed, to continue the matter to December 6, 2011.

Ms. Jones medical voluminous medical records were made available, but an unfortunate accident left the records (several hundred pages) unorganized and impossible to follow. The matter was continued from January 11, 2012 to February 8, 2012, to allow the defense time to organize the records and provide them to the Government.

Ms. Jones on going medical issues have once again forced her to the emergency room. Last week, Ms. Jones began suffering acute gastro-intestinal symptoms. Because of the deterioration of her liver (end stage liver failure), Ms. Jones is susceptible to reoccurring ascites (excess fluid in the space between tissues lining the abdomen and the abdominal organs [the peritoneal cavity]). Presently, she is receiving treatment for such. However, Ms. Jones is in significant pain and the medication (as well as the symptoms associated with ascites) is impairing her already tenuous mental acuity.

Counsel for the Defense has provided a significant volume of medical records to the Government. The Government needs time to review the records thus far provided. It is anticipated the information provided by the Defense will be relevant, if not instrumental, in resolving this matter.

The parties agree the above reason(s) constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to January 11, 2012, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

|     |                              |                                                 |
| --- | ---------------------------- | ----------------------------------------------- |
|     |                              | Respectfully submitted,                         |
| Dated: February 7, 2012      | /s/ John R. Manning             |
|     |                              | JOHN R. MANNING                                 |
|     |                              | Attorney for Defendant                          |
|     |                              | Sanae Quiroz-Jones                              |

Dated: February 7, 2012                Benjamin B. Wagner
                                       United States Attorney

                                  by: /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the February 8, 2012 preliminary hearing for defendant Quiroz-Jones, be continued to March 15, 2012 at 2:00 p.m. I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to March 15, 2012.

Dated: February 8, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE