```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:09 MJ 250 DAD |
| v. | ) |
| | ) |
| | ) STIPULATION AND ORDER |
| Sanae Quiroz-Jones, | ) CONTINUING PRELIMINARY HEARING |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for February 21, 2013, at 2:00 p.m to March 14, 2013 at 2:00 p.m.

Ms. Quiroz-Jones' health issues are well know to the Court.  The attorneys for both sides have worked to achieve a negotiated resolution in this matter.  Thus far, resolution has remained elusive, though the Parties are continuing to confer.  To that end,

1

the Parties are meeting on March 14, 2013. The Parties request this matter be set for the March 14, 2013, at 2:00 to allow for further negotiations between the Parties and to allow Counsel for Ms. Quiroz-Jones necessary time to adequately discuss and review the case status; options and future proceedings with Ms. Jones.

    The parties agree the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to March 14, 2013, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: February 21, 2013    /s/ John R. Manning
    JOHN R. MANNING
    Attorney for Defendant
    Sanae Quiroz-Jones

Dated: February 21, 2013    Benjamin B. Wagner
    United States Attorney

    by:  /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  Sanae Quiroz-Jones

 6
                    IN THE UNITED STATES MAGISTRATE COURT
 7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,        ) Case No.  2:09 MJ 250 DAD
10                                   )
                 Plaintiff,          )
11                                   )
         v.                          ) ORDER TO
12                                   ) CONTINUE PRELIMINARY HEARING
    Sanae Quiroz-Jones,              )
13                                   )
                                     )
14               Defendant.          )
    _____
15

16       GOOD CAUSE APPEARING, it is hereby ordered that the

17  February 21, 2013 preliminary hearing for defendant Quiroz-Jones, be

18  continued to March 14, 2013 at 2:00 p.m.  I find that the ends of

19  justice warrant an exclusion of time and outweigh the interest of the

20  public and defendant in a speedy trial based on the grounds stated in

21  the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that

22  time be excluded pursuant to Speedy Trial Act, 18 U.S.C. §

23  3161(h)(7)(A) and (B)(iv) from the date of this order to March 14,

24  2013.

25  IT IS SO ORDERED.

26  Dated: February 21, 2013

27                                     _____
                                       KENDALL J. NEWMAN
28                                     UNITED STATES MAGISTRATE JUDGE
```

3