1  John R. Manning
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4
   Attorney for Defendant
5  Sanae Quiroz-Jones

6

7                 IN THE UNITED STATES MAGISTRATE COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )
                  Plaintiff,         )
12                                   )  CASE NO. 2:09 MJ 250 DAD
   v.                                )
13                                   )
                                     )
14                                   )  STIPULATION AND PROPOSED ORDER
   Sanae Quiroz-Jones,               )  CONTINUING PRELIMINARY HEARING
15                                   )
                  Defendant.         )
16                                   )
                                     )
17                                   )

18

19  _____

20

        The parties to this action, defendant, Sanae Quiroz-Jones and
21
    plaintiff, United States of America, hereby stipulate through their
22
    respective attorneys to continue the preliminary hearing scheduled
23
    for March 14, 2013, at 2:00 p.m to April 25, 2013 at 2:00 p.m.
24
        Ms. Quiroz-Jones' health issues are well know to the Court.  The
25
    attorneys for both sides have worked to achieve a negotiated
26
    resolution in this matter.  Thus far, resolution has remained
27
    elusive, though the Parties are continuing to confer.
28

                                    1

Counsel for the Parties have conferenced this matter several times since the last stipulation was filed. Substantial progress has been made in terms of developing a strategy for moving forward. Unfortunately, due to issues relating to the Parties schedule(s), Ms. Jones health and transportation issues, all the Parties were unable to meet. The Parties have discussed a means of meeting in the future. To that end, the Parties request this matter be set for April 25, 2013, at 2:00 to allow for further negotiations between the Parties and to allow Counsel for Ms. Quiroz-Jones necessary time to adequately discuss and review the case status; options and future proceedings with Ms. Jones.

The parties agree the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to April 25, 2013, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.


                                    Respectfully submitted,

Dated: March 12, 2013               /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Sanae Quiroz-Jones


Dated: March 12, 2013               Benjamin B. Wagner
                                    United States Attorney

                                    by:  /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            ) Case No.  2:09 MJ 250 DAD
                                     )
                Plaintiff,           )
                                     )
        v.                           ) [~~PROPOSED~~] ORDER TO
                                     ) CONTINUE PRELIMINARY HEARING
Sanae Quiroz-Jones,                  )
                                     )
                                     )
                Defendant.           )
_____      )

        GOOD CAUSE APPEARING, it is hereby ordered that the

March 14, 2013 preliminary hearing for defendant Quiroz-Jones, be

continued to April 25, 2013 at 2:00 p.m.  I find that the ends of

justice warrant an exclusion of time and outweigh the interest of the

public and defendant in a speedy trial based on the grounds stated in

the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that

time be excluded pursuant to Speedy Trial Act, 18 U.S.C. §

3161(h)(7)(A) and (B)(iv) from the date of this order to April 25,

2013.

IT IS SO ORDERED.

Dated: MARCH 12, 2013.              *allison Clark*
                                   ~~ALLISON CLARKE~~
                                   UNITED STATES MAGISTRATE JUDGE