IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SANAE QUIROZ-JONES, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | CASE NO. 2:09 MJ 250 DAD <br><br> ORDER DECLINING TO CONTINUE <br> PRELIMINARY HEARING |

The parties to this action have submitted a stipulation, through their respective attorneys, to continue the preliminary hearing scheduled for April 25, 2013, to May 16, 2013. Having reviewed the docket in this matter, the Court declines to adopt the stipulation. The docket reveals that Ms. Quiroz-Jones made her initial appearance on September 11, 2009. A preliminary examination was scheduled for October 1, 2009. Since that time, the parties have stipulated to continuing the preliminary examination approximately

1

thirty-three times. While the Court is sympathetic to Ms. Quiroz-Jones' health issues, the time has come to move this case forward. The Court is aware that Ms. Quiroz-Jones has a waiver of appearance on file, so she will not need to be in Court tomorrow; counsel for Ms. Quiroz-Jones and counsel for the government, however, are expected to appear. IT IS SO ORDERED.

Dated: April 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE