John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> Sanae Quiroz-Jones, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO. 2:09 MJ 250 DAD <br><br> STIPULATION AND PROPOSED ORDER <br> CONTINUING PRELIMINARY HEARING |

    The parties to this action, defendant, Sanae Quiroz-Jones and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for May 21, 2013, at 2:00 p.m to July 11, 2013 at 2:00 p.m.

    Ms. Quiroz-Jones' health issues are well known to the Court. This matter was last on the calendar April 25, 2013.  At that hearing, the counsel for the Government and Defense counsel informed the Court of the status of the case and of Ms. Quiroz-Jones' health.

The Court, understandably, expressed some frustration at the lengthy pendency of this case.

The parties, including Ms. Quiroz-Jones met May 9, 2013. As a result of this meeting, a tentative resolution was reached. However, attorneys for both sides believe, based on this meeting as well, that input from a medical expert is necessary. (A separate ex-parte' application for such has been filed by counsel for Ms. Quiroz-Jones.) Assuming the Court signs the application, the expert will need time to prepare his report.

The parties agree the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to July 11, 2013, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: May 20, 2013  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Sanae Quiroz-Jones

Dated: May 20, 2013  Benjamin B. Wagner
United States Attorney

by: /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
Sanae Quiroz-Jones
```

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>Sanae Quiroz-Jones,<br><br>            Defendant. | Case No.  2:09 MJ 250 DAD<br><br>[~~PROPOSED~~] ORDER TO<br>CONTINUE PRELIMINARY HEARING |

   GOOD CAUSE APPEARING, it is hereby ordered the May 21, 2013 preliminary hearing for defendant Quiroz-Jones, be continued to July 11, 2013 at 2:00 p.m.  I find that the ends of justice warrant an exclusion of time and outweigh the interest of the public and defendant in a speedy trial based on the grounds stated in the stipulation of the parties.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from the date of this order to July 11, 2013.

IT IS SO ORDERED.

Dated: May 21, 2013                    _____
                                        Hon. Allison Claire
                                        United States Magistrate